SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CALVIN KWON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br><br>            Plaintiff,<br><br>      vs.<br><br>STARKS INDUSTRY LLC D/B/A TROPICANE; VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 8:20-cv-00320 JVS (JDEx)**<br><br>**Plaintiff's Application for Default Judgment by Court**<br><br>Date: September 14, 2020<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Honorable Judge James V. Selna |

To Defendants STARKS INDUSTRY LLC D/B/A TROPICANE and VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST, and the attorneys of record, if any: Please take notice that on September 14, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 411 W. Fourth Street, Santa Ana, CA 92701, Plaintiff CALVIN KWON will present plaintiff's application for default judgment against Defendants STARKS INDUSTRY LLC D/B/A TROPICANE and VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST. The Clerk has previously

Plaintiff's Application for Default Judgment by Court - 1

1  entered the default on Defendants STARKS INDUSTRY LLC D/B/A TROPICANE and
2  VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST on May 28, 2020.
3      At the time and place of hearing, plaintiff will present proof of the following
4  matters: (1) Defendants STARKS INDUSTRY LLC D/B/A TROPICANE and
5  VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST, are not minors or
6  incompetent persons or in military service or otherwise exempted under the Soldier and
7  Sailor's Civil Relief Act of 1940; (2) Defendants STARKS INDUSTRY LLC D/B/A
8  TROPICANE and VIRGINIA WILSON, TRUSTEE OF VIRGINIA WILSON TRUST,
9  have not appeared in this action; and (3) Plaintiff is entitled to judgment against said
10 Defendants on account of the claims pleaded in the complaint, to wit: a violation of the
11 Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled
12 Persons Act, the California's Unfair Competition Act, and negligence.
13     The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages
14 and $3,640.00 in attorney fees and costs as set forth in the attached declaration of Jason
15 Yoon and an Order directing the defendant to: make alterations in such a manner that, to
16 the maximum extent feasible, the goods, services, facilities, privileges, advantages, or
17 accommodations offered by Defendants is readily accessible to and usable by individuals
18 with disabilities at the property located at or about 10051 McFadden Ave., Westminster,
19 California. This application is based on this notice, the declarations submitted in support
20 of this motion, and other matters which may be presented at the hearing.
21     Notice of the original application for default judgment by court was served on
22 Defendants STARKS INDUSTRY LLC D/B/A TROPICANE and VIRGINIA WILSON,
23 TRUSTEE OF VIRGINIA WILSON TRUST on June 29, 2020 by first class United
24 States Mail, postage prepaid.
25 \\\
26 \\\
27 \\\
28

Dated: June 29, 2020　　　　　　SO. CAL. EQUAL ACCESS GROUP

　　　　　　　　　　　　　　　　By: 　/s/ Jason Yoon_____
　　　　　　　　　　　　　　　　　　Jason Yoon, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff